**Omar Ernest EPPS, Plaintiff— Appellant,**

v.

**N. GRANNIS, Chief, Inmate Appeals Branch; et al., Defendants— Appellees.**

**No. 11–56589.**

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 21, 2012.*

Filed Feb. 29, 2012.

Omar Ernest Epps, Calipatria, CA, pro se.

Edgar Nield, Gabrielle De Santis Nield, Nield Law Group, APC, Carlsbad, CA, for Defendants–Appellees.

Before: FERNANDEZ, McKEOWN and BYBEE, Circuit Judges.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

MEMORANDUM **

Omar Ernest Epps appeals pro se the district court's denial of his request for preliminary injunctive relief against several prison official defendant-appellees. We have jurisdiction under 28 U.S.C. § 1292(a)(1), and we affirm.

We express no view on the merits of the complaint. Our sole inquiry is whether the district court abused its discretion in denying preliminary injunctive relief. *The Lands Council v. McNair*, 537 F.3d 981, 986 (9th Cir.2008); *see Winter v. Natural Resources Defense Council*, 555 U.S. 7, 129 S.Ct. 365, 374, 172 L.Ed.2d 249 (2008) (listing factors for district court to consider); *Sports Form, Inc. v. United Press Int'l*, 686 F.2d 750, 752–53 (9th Cir.1982) (explaining limited scope of review). We conclude the district court did not abuse its discretion. Accordingly, we affirm the district court's order denying the preliminary injunction.

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.